UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ALEX GALLEGOS**, | § § § | |
| Movant, | § § | |
| V. | § | CAUSE NO. SA-04-CR-81(1)-XR |
| | § | |
| **UNITED STATES OF AMERICA**, | § § | |
| Respondent. | § § | |

### ORDER

The matter before the Court is movant's motion for reduction in sentence pursuant to Title 18 U.S.C. Section 3582(c), filed August 27, 2014. The Court believes movant's motion should be dismissed as premature. In the event the proposed amendment [Amendment 782] to the federal Sentencing Guidelines cited by movant does take effect in its current form in November of this year, movant may seek a reduction in his base offense level and sentence at that time. Until such time as the proposed amendment in question becomes effective, however, movant's request for a reduction in his offense level under Section 3582(c)(2) is premature.

Accordingly, it is **ORDERED** that movant's motion for reduction in sentence pursuant to Title 18 U.S.C. Section 3582(c), filed August 27, 2014, is **DISMISSED** without prejudice as premature.

It is so ORDERED.

SIGNED this 28th day of August, 2014.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE